IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RECO MAREESE DANIELS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:18-CV-407-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **FINAL JUDGMENT**

In accordance with the Order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that Petitioner's 28 U.S.C. § 2255 motion is GRANTED as to Counts One, Two, Four, and Six.  By separate order entered in *United States v. Daniels*, No. 3:11-CR-8-WKW (M.D. Ala.), the court will vacate the sentences imposed on Counts One, Two, Four, and Six of the indictment, and the matter will be set for resentencing.  Petitioner's 28 U.S.C. § 2255 motion is DENIED as to Counts Three, Five, and Seven.

It is further ORDERED that no costs are taxed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 30th day of August, 2021.



/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE